**[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 1211.]**

MOTORISTS MUTUAL INSURANCE COMPANY, APPELLEE AND CROSS-APPELLANT, *v*. NUSSBAUM ET AL., APPELLANTS AND CROSS-APPELLEES.

[Cite as *Motorists Mut. Ins. Co. v. Nussbaum*, 1996-Ohio-202.]

*Appeal dismissed as improvidently allowed.*

(No. 95-109—Submitted at the New Philadelphia Session April 17, 1996—Decided May 29, 1996.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Stark County, No. 1994-CA-00104.

————————————

*Day, Ketterer, Raley, Wright & Rybolt* and *Merle D. Evans III,* for appellee and cross-appellant.

*Scanlon & Gearinger Co., L.P.A*., and *Maura E. Scanlon*, for appellants and cross-appellees.

————————————

{¶ 1} The appeal and cross-appeal are dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and STRATTON, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., dissent and would affirm the judgment of the court of appeals.

————————————